UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE F. ANTHONY MULTANI,<br><br>Plaintiff. | Case No. 20-08227 BLF<br><br>**ORDER OF DISMISSAL** |

On November 23, 2020, Plaintiff, proceeding *pro se*, filed a letter which was construed as an attempt to initiate a civil rights action pursuant to 42 U.S.C. § 1983.[1] Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed. Dkt. No. 2. A blank complaint form and postage-paid return envelope were enclosed with the notice. *Id.* The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. Dkt. No. 3. The deadline, December 21, 2020, has passed, and Plaintiff has failed to file a proper complaint and pay the filing fee or file an IFP application.

---

[1] This matter was reassigned to this Court on January 11, 2021. Dkt. No. 6.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee.  The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __January 29, 2021___

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.20\08227.Multani_dis-ifp-compl.

2