UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE F. ANTHONY MULTANI<br><br>Plaintiff. | Case No. 20-08227 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee.  A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  ___**January 29, 2021**__

*[signature: Beth Labson Freeman]*
BETH LABSON FREEMAN
United States District Judge